UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL CAPODICI et al.,<br><br>　　　　　Defendants. | 2:10-CR-281-KJD-PAL<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　　Defendant, Michael Capodici, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services and the Government having consented to a modification of the conditions of pretrial release,

　　　　IT IS HEREBY ORDERED THAT Defendant Michael Capodici will be permitted to travel to visit his parents in Folsom, Pennsylvania from December 20 until December 31, 2010.

　　　　IT IS FURTHER ORDERED THAT, prior to traveling to visit his parents, Mr. Capodici must provide the details and itinerary of his travel, including contact information for where and with whom he will be staying, to Pretrial Services.

　　　　　　　　　　　　　　　　　　Dated: December 17, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 17, 2010, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
BRIAN YOUNG
Assistant United States Attorney


/s/ Claudia Lopez
_____
Claudia Lopez, an Employee of the Law Office of the
Federal Public Defender

O:\TRIAL UNIT\RFB\Clients\CAPODICI, Michael\Pleadings\Mot To Modfiy Pretrial Conditions.wpd