**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>MICHAEL CAPODICI, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　　　) | 2:10-CR-281-KJD (PAL) |

**ORDER OF FORFEITURE**

This Court finds that on September 27, 2011, defendant MICHAEL CAPODICI, pled guilty to Count One of a Thirteen-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and agreed to in the Plea Memorandum. Docket #1, #92, #93.

This Court finds that MICHAEL CAPODICI shall pay a criminal forfeiture money judgment of $160,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982 (a)(2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL CAPODICI a criminal forfeiture money judgment in the amount of $160,000.00 in United States Currency.

DATED this  14  day of  December , 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing on December 13, 2011, by the below identified method of service:

<u>CM/ECF:</u>

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Attorney for the Defendant Michael Capodici

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101-
Email: Monique_Kirtley@fd.org
Attorney for the Defendant Michael Capodici

William H Brown
William H. Brown, LTD.
6029 S. Ft. Apache Rd., Suite 100
Las Vegas, NV 89148
Email: will@whbesq.com
Attorney for the Defendant Linda Marie Kot

David T. Brown
Brown, Brown & Premsrirut
520 S 4th Street 2nd Fl.
Las Vegas, NV 89101
Email: master@brownlawlv.com
Attorney for the Defendant Jeffrey Palladino

James J Warner
3233 Third Ave
San Diego, CA 92103
Email: jjwarner@jwarnerlaw.com
Attorney for the Defendant Michael Blair

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal